IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY KINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-00836-MAB |
| | ) |
| SHIRLENE TOMES, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation of Dismissal filed on September 2, 2021 (Doc. 67) and the Order entered on September 7, 2021 (Doc. 68), all claims have been settled or otherwise resolved and this matter is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs unless otherwise provided in the settlement documents.

DATED: September 7, 2021

                                                    **MARGARET M. ROBERTIE,**
                                                    **Clerk of Court**

                                                    BY:  /s/ *Jennifer Jones*
                                                              **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                      **MARK A. BEATTY**
                      **United States Magistrate Judge**